1
2
3
4
5
6
7

8       UNITED STATES DISTRICT COURT

9       DISTRICT OF NEVADA

10  TERENCE L. McCREARY, On Behalf of          Case No. 3:08-cv-654-LRH-RAM
    Himself and All Others Similarly Situated,
11                                              **STIPULATION AND ORDER
                          Plaintiff,            ENLARGING TIME TO RESPOND TO
12                                              THE COMPLAINT**
                                                **(First Request)**
13      vs.

14  AETNA LIFE INSURANCE COMPANY,

15                        Defendant.

16          The parties stipulate that defendant Aetna Life Insurance Company may have an extension

17  of time in which to respond to the Complaint, up to and including March 2, 2009.  Aetna requested

18  this extension, and plaintiff McCreary agreed, in order to allow Aetna sufficient time to investigate

19  and perform due diligence with respect to the factual allegations and legal claims within the

20  Complaint.

21      .       .       .

22      .       .       .

23      .       .       .

24      .       .       .

25      .       .       .

26      .       .       .

27      .       .       .

28      .       .       .

1    The parties state that this stipulation is made in good faith and not for the purposes of

2  delay.

3  MATTHEW L. SHARP, LTD.                          LEWIS AND ROCA LLP

4

5

6  BY: /s/ Matthew L. Sharp                        BY: /s/ Abran E. Vigil
       MATTHEW L. SHARP                                VON S. HEINZ
7      Nevada Bar No. 4746                             Nevada Bar No. 869
       419 Flint Street                                ABRAN E. VIGIL
8      Reno, Nevada   895001                           Nevada Bar No. 7548
                                                       Suite 600
9  and                                                 3993 Howard Hughes Parkway
                                                       Las Vegas, Nevada  89169
10     CURTIS B. COULTER                           Attorneys for defendant
       403 Hill Street                             Aetna Life Insurance Co.
11     Reno, Nevada 89501                          Dated:  January 8, 2008
12  Attorneys for plaintiff Terence L. McCreary
   Dated:  January 8, 2008
13

14

15                              **IT IS SO ORDERED:**

16

17  _____

18  LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE
19

20  DATED:  January 9, 2009

21

22

23

24

25

26

27

28