UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERENCE L. McCREARY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | 3:08-CV-00654-LRH-RAM<br><br>ORDER |

Before the court is Defendant Aetna Life Insurance Company's Motion to Dismiss (#6[1]). On August 27, 2010, the court entered an Order of Preliminary Approval (#40) regarding settlement of this case. Given that this matter is in settlement, the Motion to Dismiss will be denied as moot. Should settlement fail, however, this motion will be re-opened for decision.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#6) is DENIED as moot.

IT IS SO ORDERED.

DATED this 27th day of September, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket entry number